JS-6

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>DAVIDSON IRRIGATION, INC., a Florida corporation; NEIDA CARVALHO an individual,<br><br>Defendants. | Case No. 8:23-cv-02412-JVS(DFMx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to the Motion for Default Judgment of Plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants Davidson Irrigation, Inc., a Florida corporation, and Neida Carvalho, an individual, in the total amount of **$113,309.05**; which represents (1) the amount owed of $101,226.45; (2) costs in the amount of $607.05; (3) attorneys' fees in the amount of $5,624.52; and (4) $5,851.03, in prejudgment interest at the statutory rate of ten percent (10%) per annum, from September 26, 2023 (the date of breach), to April 23, 2024 (the date of Judgment).

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: April 23, 2024

_____
James V. Selna
United States District Judge